# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 11, 2024

Lyle W. Cayce
Clerk

No. 23-20337

_____

Abraham Watkins Nichols Agosto Aziz & Stogner,

*Plaintiff—Appellee*,

*versus*

Edward Festeryga,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-4249

_____

ON PETITION FOR REHEARING EN BANC

(Opinion July 25, 2024, 5 Cir., 2024, 109 F.4th 810)

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion is this case dated July 25, 2024, is VACATED.